STATE to the use of the BOARD OF EDUCATION *v.* ALBET C. MOODY, and others.

(Same syllabus as in *State* to the use of the *Board of Education* v. *Albert C. Moody,* and others *ante* page 73.)

CERTIORARI, upon a judgment rendered at Spring Term, 1875, of the Superior Court of ROBESON county, his Honor, Judge *Kerr,* presiding.

This is one of three actions against the same parties, and involving the same questions, all of which are fully stated in the case of *State* to the use of the *Board of Education* v. *Albert C. Moody,* and others, *ante* page 73.

*Attorney General Hargrove,* for the appellant.
*Wright & Steadman,* contra.

State to the use of the Board of Education *v.* Moody and others.

Reade, J.  There are three cases between the same parties involving the same questions, in one of which an opinion is, delivered.  The decision in this case is the same.

Per Curiam.                                    No error.